UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

-against-

MARIANO ALBERTO SEVERINO,

Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/10/2023_
```

14 Cr. 641 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed Defendant's submissions dated January 4, 2023. *See* ECF Nos. 45–46. Accordingly, by **January 17, 2023**, the Government shall file a letter stating its position.

    SO ORDERED.

Dated: January 10, 2023
       New York, New York

ANALISA TORRES
United States District Judge