UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

MARIANO ALBERTO SEVERINO,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___3/23/2023___

14 Cr. 641 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed the parties' submissions dated January 4 and 26, 2023. *See* ECF Nos. 45–46, 49. Accordingly, Defendant's motion to amend the criminal judgment pursuant to Federal Rule of Criminal Procedure 36 is GRANTED in part and DENIED in part. Defendant's request to correct the term of imprisonment is GRANTED. The term of imprisonment is hereby amended to reflect that the 144-month sentence is to run concurrently with any state sentence. The Court shall issue an amended judgment along with this order. Defendant's request to amend the case caption is DENIED.

The Clerk of Court is directed to terminate the motions at ECF Nos. 45 and 46.

SO ORDERED.

Dated: March 23, 2023
      New York, New York

_____
ANALISA TORRES
United States District Judge