USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/28/2023

# DOAR RIECK KALEY & MACK
### ATTORNEYS AT LAW

JOHN DOAR (1921-2014)
WALTER MACK

OF COUNSEL
JOHN JACOB RIECK, JR.
JOHN F. KALEY
DAVID RIVERA
MICHAEL MINNEFOR

ASTOR BUILDING
7TH FLOOR
217 BROADWAY
NEW YORK, N.Y. 10007-2911

TELEPHONE: (212) 619-3730
FACSIMILE: (212) 962-5037
e-mail: firm@doarlaw.com
website: www.doarlaw.com

June 27, 2023

**Via ECF Filing**
Honorable Analisa Torres
United States District Judge
500 Pearl Street
New York, NY 10007

Re: *United States v. Mariano Severino*
Docket No. 14 Cr. 641 (AT)

**Request To Extend CJA Appointment**

Dear Judge Torres:

    On March 23, 2023 Your Honor signed an Amended Judgment in this criminal action in which I represented defendant Severino pursuant to this Court's CJA reappointment dated September 11, 2019. Since then the Bureau of Prisons has determined his release date as June 1, 2027 which date defendant Severino wishes to challenge as well as presenting other legal process seeking to reduce his current sentence.

    I write to Your Honor today to request that my Criminal Justice Act appointment be further extended to address these other ongoing efforts by the defendant to reduce the sentence that the Bureau of Prisons has recently determined. I have just recently communicated with Mr. Severino to insure that he does consent to this appointment extension, and I can confirm that he

Honorable Analisa Torres -2- June 27, 2023

does so request that my representation of him be continued to deal with current issues that he wishes to address before Your Honor.

Thank you for your consideration of this request.

Respectfully submitted,

Walter Mack

GRANTED.

SO ORDERED.

Dated: June 28, 2023
       New York, New York

ANALISA TORRES
United States District Judge