UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

MARIANO ALBERTO SEVERINO,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/31/2024

14 Cr. 641 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has received Defendant's motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A). ECF No. 54. Accordingly,

1. By **June 18, 2024**, the Government shall respond; and

2. By **July 2, 2024**, Defendant shall file a reply, if any.

    SO ORDERED.

Dated: May 31, 2024
         New York, New York

ANALISA TORRES
United States District Judge